*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bart Leslie Jaffe and Adrian Jaffe
    Debtor(s)

Chapter: 13

Bankruptcy No: 19–17748–mdc

---

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 23rd day of April , 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                    Magdeline D. Coleman
                    Chief Judge ,
                    United States Bankruptcy Court

25
Form 155