IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    BART & ADRIAN JAFFE    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 19-17748MDC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,500.00 |
| Total expense cost: | $ 20.00 |
| Attorney fee already paid by Debtor | $ 2,000.00 |
| Net amount to be paid by Trustee | $ 2,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:    May 13, 2020