United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bart Leslie Jaffe
Adrian Jaffe
    Debtors

Case No. 19-17748-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Christina  Page 1 of 1  Date Rcvd: May 13, 2020
                Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
db        Bart Leslie Jaffe,   442 Carson Terrace,   Huntingdon Valley, PA  19006-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
      REBECCA ANN SOLARZ   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      ZACHARY   PERLICK    on behalf of Debtor Bart Leslie Jaffe Perlick@verizon.net,
       pireland1@verizon.net
      ZACHARY   PERLICK    on behalf of Joint Debtor Adrian  Jaffe Perlick@verizon.net,
       pireland1@verizon.net
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | BART & ADRIAN JAFFE | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 19-17748MDC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,500.00 |
| Total expense cost: | $ 20.00 |
| Attorney fee already paid by Debtor | $ 2,000.00 |
| Net amount to be paid by Trustee | $ 2,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:    May 13, 2020