ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        Bky. No. 19-17748-MDC-13

ADRIAN JAFFE                                                  Chapter 13

    Debtor(s)

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Comes now, ACAR Leasing LTD d/b/a GM Financial Leasing, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim # 11 filed in the above-styled and numbered case on December 30, 2019

Respectfully submitted,

/s/ Lorenzo Nunez
ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

AUG 24 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 8/20/2020, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely William Miller, and ZACHARY PERLICK.

Further, I certify that on 8/20/2020, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Lorenzo Nunez

ADRIAN JAFFE
442 CARSON TER
HUNTINGDON VALLEY, PA  19006

ZACHARY PERLICK
1420 WALNUT ST
PHILADELPHIA, PA  19102

William Miller
583 Bourse Building
111 So. Independence
Philadelphia, PA 19106

US Trustee

AUG 24 2020