UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-17748-MDC-13

ADRIAN JAFFE  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

  Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 19-17748-MDC-13

ADRIAN JAFFE                                                                              Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

| | |
|---|---|
| ZACHARY PERLICK | William Miller |
| 1420 WALNUT ST | 583 Bourse Building |
| PHILADELPHIA, PA  19102 | 111 So. Independence |
| | Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx35701 / 1008164