United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17748-amc |
| Bart Leslie Jaffe | Chapter 13 |
| Adrian Jaffe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Bart Leslie Jaffe, Adrian Jaffe, 442 Carson Terrace, Huntingdon Valley, PA 19006-4720 |
| 14438795 | + | Fox Chase Cancer Center, POB 827200, Philadelphia, PA 19182-7200 |
| 14438796 | + | Fox Chase Cancer Center Medical Group, POB 824649, Philadelphia, PA 19182-4649 |
| 14438798 | + | Holy Redeemer Hospital, POB 781728, Philadelphia, PA 19178-1728 |
| 14438800 | + | LTD Financial Services, 3200 Wilcrest Suite 600, Houston, TX 77042-6000 |
| 14438803 | + | Nordstrom, 1600 Seventh Ave., Suite 2600, Seattle, WA 98101-2288 |
| 14438804 | | Orthopaedic Surgery & Rehabilitation, LL, Attn 23169R, POB 14000, Belfast, ME 04915-4033 |
| 14438806 | + | PennyMac Loan Services, LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14467494 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14445574 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 23:58:00 | ACAR Leasing LTD DBA Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 14534859 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 23:58:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 14438782 | + | Email/Text: legal@arsnational.com | Jun 27 2024 23:58:00 | ARS National Services, Inc., POB 469100, Escondido, CA 92046-9100 |
| 14438780 | | Email/Text: jorge@accountcontrolsystems.com | Jun 27 2024 23:59:00 | Account Control Systems, Inc., 85 Chestnut Ridge Road, Suite 113, Montvale, NJ 07645-1836 |
| 14438781 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2024 00:07:50 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14457431 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2024 00:07:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14441746 | + | Email/Text: bkfilings@zwickerpc.com | Jun 27 2024 23:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, 80 Minuteman Rd., PO Box 9043, Andover, MA 01810-0943 |
| 14458408 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-17748-amc   Doc 48   Filed 06/29/24   Entered 06/30/24 00:40:12   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14438783 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:58:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14464697 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 27 2024 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14438784 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2024 23:58:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14438786 | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2024 23:58:00 | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland WA 98083-0788 |
| 14438787 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:55 | CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 14438791 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 27 2024 23:58:00 | Credit Corp SOlutions, 63 East 11400 South #408, Sandy, UT 84070 |
| 14438788 | + | Email/Text: mediamanagers@clientservices.com | Jun 27 2024 23:58:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14438789 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 23:58:00 | Comenity Bank/Pier 1 Imports, PO Box 659617, San Antonio, TX 78265 |
| 14438790 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2024 23:59:00 | Credit Collection Services, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14438793 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14438785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:26 | Bloomingdales, PO Box 78008, Phoenix, AZ 85062 |
| 14464931 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14438792 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover, POB 6103, Carol Stream, IL 60197-6103 |
| 14441766 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14438794 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2024 00:07:41 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14438797 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 00:07:31 | Gap/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14466207 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14455883 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14438799 | | Email/Text: govtaudits@labcorp.com | Jun 27 2024 23:58:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 14438801 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14443474 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2024 00:07:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14462430 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14438802 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14438807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:45 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14450678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2024 00:07:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14438805 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 00:22:22 | Paypal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 14470475 | + | Email/PDF: ebnotices@pnmac.com | Jun 28 2024 00:07:46 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14462907 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 23:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14466079 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14441445 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14438808 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:27 | Resurgent Capital Services, PO Box 1410, Troy, MI 48099-1410 |
| 14467494 | ^ | MEBN | Jun 27 2024 23:58:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14469722 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14438809 | | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:58:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14455164 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 27 2024 23:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14438810 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2024 23:58:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 14438811 | + | Email/Text: bkfilings@zwickerpc.com | Jun 27 2024 23:59:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14797421 | * | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland WA 98083-0788 |
| 14466914 | * | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Bart Leslie Jaffe Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |
| ZACHARY PERLICK | on behalf of Joint Debtor Adrian Jaffe Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 5

Form 138OBJ (6/24)–doc 47 − 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Bart Leslie Jaffe ) | Case No. 19−17748−amc |
| ) | |
| ) | |
|   Adrian Jaffe ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 27, 2024                                                                                For The Court

                                                                                                    Timothy B. McGrath
                                                                                                    Clerk of Court