**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>    BART LESLIE JAFFE<br>    ADRIAN  JAFFE<br>        Debtor(s) | Case No. 19-17748-AMC |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>12/12/2019</u>.

2) The plan was confirmed on <u>04/23/2020</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was completed on <u>06/03/2024</u>.

6) Number of months from filing or conversion to last payment: <u>54</u>.

7) Number of months case was pending: <u>57</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$74,741.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$259,244.92</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,999.93 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,999.93

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,520.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,034.39 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,554.39

Attorney fees paid and disclosed by debtor:   $2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACAR LEASING LTD | Unsecured | NA | 430.55 | 430.55 | 0.00 | 0.00 |
| ACCOUNT CONTROL SYSTEMS, INC | Unsecured | 255.02 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 5,732.89 | 5,732.89 | 262.01 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 1,459.94 | 1,459.94 | 66.72 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 13,304.08 | 13,304.08 | 608.04 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 18,901.93 | 18,901.93 | 863.88 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 1,404.10 | 1,404.10 | 64.17 | 0.00 |
| ARS NATIONAL SERVICES, INC | Unsecured | 2,647.44 | NA | NA | 0.00 | 0.00 |
| ARS NATIONAL SERVICES, INC | Unsecured | 8,966.45 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS | Unsecured | NA | 25.93 | 25.93 | 0.59 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,236.88 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 22,574.91 | 22,574.91 | 1,031.75 | 0.00 |
| BARCLAYS BANK | Unsecured | 1,090.77 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK | Unsecured | 5,573.70 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK | Unsecured | 10,445.26 | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALES | Unsecured | 4,813.04 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 1,541.56 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | NA | 1,541.56 | 1,541.56 | 70.45 | 0.00 |
| CITI CARDS | Unsecured | 13,273.20 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES | Unsecured | 5,644.80 | NA | NA | 0.00 | 0.00 |
| CREDIT CORP SOLUTIONS | Unsecured | 1,267.42 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL BAN | Unsecured | NA | 4,954.46 | 4,954.46 | 226.43 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 12,901.79 | 12,901.79 | 589.65 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 9,327.76 | 9,327.76 | 426.31 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 719.99 | NA | NA | 0.00 | 0.00 |
| FOX CHASE CANCER CENTER | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| FOX CHASE CANCER CENTER | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| FOX CHASE CANCER CENTER | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| HOLY REDEEMER HOSPITAL | Unsecured | 63.10 | NA | NA | 0.00 | 0.00 |
| HOLY REDEEMER HOSPITAL | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 3,250.49 | 3,250.49 | 148.56 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 5,606.50 | 5,606.50 | 256.24 | 0.00 |
| JPMORGAN CHASE BANK, N.A. S/B/M | Unsecured | NA | 2,647.44 | 2,647.44 | 121.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. S/B/M | Unsecured | NA | 8,966.45 | 8,966.45 | 409.80 | 0.00 |
| LABCORP | Unsecured | 25.93 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 2,431.87 | 2,431.87 | 111.14 | 0.00 |
| LVNV FUNDING | Unsecured | 3,182.71 | 3,182.71 | 3,182.71 | 145.46 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 13,502.21 | 13,502.21 | 617.10 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 7,391.85 | 7,391.85 | 337.83 | 0.00 |
| MERRICK BANK | Unsecured | NA | 1,800.00 | 1,800.00 | 82.26 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | NA | 3,575.39 | 3,575.39 | 163.41 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | NA | 6,364.89 | 6,364.89 | 290.90 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | NA | 5,931.82 | 5,931.82 | 271.11 | 0.00 |
| NORDSTROM | Unsecured | 17,251.83 | NA | NA | 0.00 | 0.00 |
| ORTHOPAEDIC SURGERY & REHABIL | Unsecured | 47.58 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT SERVICES | Unsecured | 3,250.50 | NA | NA | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | NA | 221,925.15 | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 10,555.07 | 10,555.07 | 482.40 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,090.77 | 1,090.77 | 49.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 5,573.70 | 5,573.70 | 254.74 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,377.58 | 3,377.58 | 3,377.58 | 154.37 | 0.00 |
| PREMIER BANKCARD, LLC. | Unsecured | NA | 695.08 | 695.08 | 31.77 | 0.00 |
| QUANTUM3 GROUP AS AGENT FOR | Unsecured | NA | 1,714.23 | 1,714.23 | 78.34 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | NA | 2,228.22 | 2,228.22 | 101.84 | 0.00 |
| TARGET CARD SERVICES | Unsecured | 2,651.92 | NA | NA | 0.00 | 0.00 |
| TD BANK USA N.A. | Unsecured | NA | 2,787.90 | 2,787.90 | 127.42 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | NA | 28,861.25 | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$185,234.07** | **$8,445.54** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,554.39 |
| Disbursements to Creditors | $8,445.54 |
| **TOTAL DISBURSEMENTS** : | **$11,999.93** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2024                     By: /s/ Kenneth E. West
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**