| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1     Bart Leslie Jaffe |
| Debtor 2     Adrian Jaffe |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    19-17748 MDC |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC     **Court claim no.** (if known): 34-1

**Last 4 digits** of any number you use to identify the debtor's account: 9189

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2022

**New total payment:**     $1740.93
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $719.08          New escrow payment:  $ 693.99

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:_____

   Current mortgage payment: $_____          New mortgage payment: $_____

Debtor(s)   <u>Bart Leslie Jaffe, Adrian Jaffe</u>    Case number (*if known*) <u>19-17748 MDC</u>
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Denise Carlon*    Date   11/12/2021
Signature
**Print:** Denise Carlon
12 Nov 2021, 10:38:45, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>    <u>Market Street, Suite 5000</u>
Number   Street
Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone   (215) 627–1322    Email  bkgroup@kmllawgroup.com

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

Document ID: 30be42054b05f7f07c1a16fd0ecc74ef0bd1e1865b3197feeacdf361c50ed9d6