# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrian Jaffe<br>Bart Leslie Jaffe<br>**Debtor(s)**<br><br>PENNYMAC LOAN SERVICES, LLC<br>**Movant**<br>vs.<br><br>Adrian Jaffe<br>Bart Leslie Jaffe<br>**Debtor(s)**<br><br>Kenneth E. West Esq.,<br>**Trustee** | BK NO. 19-17748 MDC<br><br>Chapter 13<br><br>Related to Claim No. 34-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 17, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Adrian Jaffe
442 Carson Terrace
Huntingdon Valley, PA 19006-4720

Bart Leslie Jaffe
442 Carson Terrace
Huntingdon Valley, PA 19006-4720

Attorney for Debtor(s)
Zachary Perlick,, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: November 17, 2021

**/s/Denise Carlon Esquire**
Denise Carlon Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com